**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSHUA JAMES FROST, *Petitioner-Appellant*, | No. 11-35114 |
| v. | D.C. No. 2:09-cv-00725-TSZ |
| RON VAN BOENING, Superintendent, *Respondent-Appellee*. | ORDER |

Filed February 25, 2013

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.